CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT L. MARMON, | ) |
| Plaintiff, | ) Civil Action No. 7:13-CV-00074 |
| v. | ) **ORDER** |
| R. A. LILLY & SONS, INC., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for summary judgment, Docket No. 43, is **GRANTED**. This case is hereby **STRICKEN** from the active docket of the court. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 10th day of July, 2015.

/s/ Glen Conrad
Chief United States District Judge